**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOHN KRAFT, KIRK ALLEN, ALYSSIA BENFORD, and EDGAR COUNTY WATCHDOGS, INC.,**

**Plaintiffs,**

**v.** **Case No: 5:25-cv-677-PGB-PRL**

**BONNIE KUROWSKI,**

**Defendant.**

---

**ORDER**

This cause comes before the Court on *pro se* Defendant's Request for Evidentiary Hearing and for Leave to File an Evidentiary Proffer Within Seven Days ("Request for Evidentiary Hearing"). (Doc. 88). Defendant requests an evidentiary hearing on her Motion for Sanctions Under the Court's Inherent Authority, for Limited Sanctions-Related Discovery, for Preservation of Evidence, for Protective Relief, and to Hold the Motion to Dismiss in Abeyance ("Motion for Sanctions") (Doc. 98), which was filed a week after her Request for Evidentiary Hearing, because Defendant contends that the Motion for Sanctions "depends on a pattern of conduct spanning multiple filings, proceedings, and communications, and resolution of the motion will likely require factual findings concerning bad faith, coordination, and the use of process for a collateral purpose." (Doc. 88 at p. 1).

Among other deficiencies, Defendant's Request for Evidentiary Hearing fails to comply with Local Rule 3.01(i). *See* M.D. Fla. Local Rule 3.01(i) ("A party must request oral argument or an evidentiary hearing in a separate document *accompanying* the party's motion

or response and stating the time necessary.") (emphasis added). Nevertheless, the Court will set a hearing if the Court determines that a hearing would be helpful; otherwise, the Motion for Sanctions will be decided without a hearing.[1]

Accordingly, Defendant's Request for Evidentiary Hearing and for Leave to File an Evidentiary Proffer Within Seven Days (Doc. 88) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on August 3, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

[1] Defendant's Motion for Sanctions (Doc. 98) is currently pending before the Court.